UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G Closed Circuit Events, LLC,** | Case No. 2:22-cv-01059-JAM-KJM |
| **Plaintiff,** | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |
| v. | |
| **Chantille Marie Clemons, et al.,** | |
| **Defendants.** | |

## ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Chantille Marie Clemons, individually and d/b/a Port City Sports Bar and Gril and Port City Sports Bar and Grill, LLC.

ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE
CASE NO. 2:22-CV-01059-JAM-KJN
PAGE 1

**IT IS SO ORDERED**:

DATED:  September 16, 2022            /s/ John A. Mendez
                                      _____
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE