UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Chantille Marie Clemons, et al,<br><br>Defendants. | CASE NO. 2:22-cv-01059-JAM-KJN<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TROPY ASUNCION, INDIVIDUALLY AND D/B/A PORT CITY SPORTS BAR AND GRILL |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendant TROPY ASUNCION, individually and d/b/a PORT CITY SPORTS BAR AND GRILL that the above-entitled action is hereby dismissed **with prejudice** against TROPY ASUNCION, individually and d/b/a PORT CITY SPORTS BAR AND GRILL.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**ORDER GRANTING
STIPULATION OF DISMISSAL**
Case No. 2:22-cv-01059-JAM-KJN
**PAGE 1**

**IT IS SO ORDERED**.

DATED: November 1, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE