UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Chantille Marie Clemons, et al., <br><br> Defendant. | Case No. 2:22-cv-01059-JAM-KJN <br><br> **AMENDED ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE THE 26(f) STATUS REPORT DEADLINE** |

## ORDER

**IT IS HEREBY ORDERED** that the Rule 26(f) Status Report Deadline in civil action number 2:22-cv-01059 styled *G & G Closed Circuit Events, LLC v. Chantille Marie Clemons, et al.,* is hereby continued from November 1, 2022 to a new date of December 16, 2022.

DATED:  November 1, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE