```
Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
```

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHANTILLE MARIE CLEMONS, et al.,<br><br>　　　　Defendant. | Case No.:  2:22-cv-01059-JAM-KJN<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE AND FOR EXTENSION TO SERVE DEFENDANT PORT CITY SPORTS BAR AND GRILL LLC |

　　　　THIS MATTER having come before the Court on Plaintiff's *Ex Parte* Motion for Alternate Service and for Extension to Serve Defendant Port City Sports Bar And Grill LLC, and the Court having considered the pleadings and been otherwise advised in the premises,

　　　　**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's *Ex Parte* Motion for Alternate Service is **GRANTED** and it is further **ORDERED** that

　　　　1.　　Plaintiff may effectuate service of the Summons and operative Complaint filed in this matter on Defendant Port City Sports Bar and Grill LLC by service through the California Secretary of State, and it is further **ORDERED** that

　　　　2.　　The time to serve Defendant Port City Sports Bar and Grill LLC shall be extended so as to include an additional 15 days from the date of this Order.

**IT IS SO ORDERED**:

DATED: November 10, 2022         /s/ John A. Mendez
                                 _____
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE