UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC<br><br>Plaintiff,<br><br>v.<br><br>EVERETT HUNTER, et al.,<br><br>Defendants. | No.  2:22-cv-1059-JAM-KJN<br><br>ORDER VACATING HEARING AND ORDER TO RESPOND |

    Presently pending before the court is plaintiff's motion for default judgment against defendants Everett Hunter and Port City Sports Bar and Grill, which is set for hearing on May 9, 2023.  (ECF No. 31.)  Pursuant to Local Rule 230(c), defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e. April 7, 2023.  Although that deadline has passed, no opposition or statement of non-opposition was filed.

    Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendant one additional, final opportunity to oppose the motion.

    Accordingly, IT IS HEREBY ORDERED that:

1. The May 9, 2023 hearing on plaintiff's motion for default judgment is VACATED. The court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230 subsections (c) and (g).  The court will reschedule a

1

hearing at a future date, if necessary;

2. Any opposition by defendant shall be filed no later than April 24, 2023, and the reply brief from plaintiff, if any, is due May 4, 2023;

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against them; and

4. Plaintiff shall promptly serve a copy of this order on defendants at their last-known addresses, and file a proof of service with the court.

Dated: April 10, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, gg.1059