UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVERETT HUNTER, et al.,<br><br>Defendant. | No. 2:22–cv–1059–JAM–KJN<br><br>ORDER<br><br>(ECF Nos. 31, 34, 35.) |

On October 20, 2023, the magistrate judge filed findings and recommendations (ECF No. 34), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On October 27, 2023, plaintiff filed objections to the findings and recommendations (ECF No. 35), which have been considered by the court.

This court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the matter on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d

1

452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 34) are **ADOPTED IN FULL**;
2. Plaintiff's motion for default judgment (ECF No. 31) is **GRANTED IN PART**, with reductions in the total sought damages;
3. Judgment is entered in favor of plaintiff and against defendants in the total amount of $6,900.00, as follows:
    a. $2,600.00 in damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);
    b. $3,000.00 in damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii);
    c. $1,300.00 in damages for plaintiff's state tort claim for conversion; and
4. Plaintiff is ordered to submit a motion for costs and attorneys' fees within fourteen (14) days from the date of entry of judgment.

Dated: January 02, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE